No. 92–7505. KIMBERLIN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–7508. ROWLES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7514. ALEXANDER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–7519. YANNESSA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–7576. JOHNSON v. INJURED WORKERS INSURANCE FUND. C. A. 4th Cir. Certiorari denied.

No. 92–706. YAMAHA CORPORATION OF AMERICA v. UNITED STATES ET AL., 506 U. S. 1078;

No. 92–864. ALEXANDER v. RICE, SECRETARY OF THE AIR FORCE, 506 U. S. 1054;

No. 92–898. JATOI ET UX. v. AETNA INSURANCE CO. ET AL., 506 U. S. 1081;

No. 92–908. CAPLINGER ET AL. v. DOE, 506 U. S. 1087;

No. 92–6187. KLEINSCHMIDT v. UNITED STATES FIDELITY & GUARANTY INSURANCE CO. ET AL., 506 U. S. 1083;

No. 92–6238. MATHIS v. FLORIDA, 506 U. S. 1008;

No. 92–6287. HIRSCHFELD v. UNITED STATES, 506 U. S. 1087;

No. 92–6305. BARNARD v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 506 U. S. 1057;

No. 92–6662. SUDARSKY v. CITY OF NEW YORK ET AL., 506 U. S. 1084;

No. 92–6707. BROKENBROUGH v. REDMAN, WARDEN, ET AL., 506 U. S. 1085; and

No. 92–6708. WARD v. GEORGIA, 506 U. S. 1085. Petitions for rehearing denied.

MARCH 9, 1993

No. 92–375. ARIZONA STATE SENATE v. ARIZONANS FOR FAIR REPRESENTATION ET AL. Appeal from D. C. Ariz. dismissed under this Court's Rule 46.